# UWEM UMOH
**ATTORNEY AT LAW**
255 LIVINGSTON STREET, 4TH FLOOR,
BROOKLYN, N.Y. 11217

TEL: 718.360.0527         EMAIL: numoh@umohlaw.com         FAX: 718.360.1916

BY ECF

May 16, 2008

DISTRICT JUDGE RICHARD J. HOLWELL
United States District Court--SDNY
500 Pearl Street
New York, New York 10007

                Re:    Beckles v. City of New York, et al.
                        08 CV 3687 (RJH)

Your Honor:

      Pursuant to Your Initial Scheduling Conference Notice and Order, dated April 18, 2008, the undersigned counsel hereby appears on behalf of plaintiff Betty Beckles in the above-captioned action.

Respectfully,

NKEREUWEM UMOH

Cc: City of New York by ECF and facsimile.