```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BETTY BECKLES,                          :       08 Civ. 03687 (RJH)
                                        :
                    Plaintiff,          :
                                        :
        -against-                       :       **ORDER**
                                        :
CITY of NEW YORK, et al,                :
                                        :
                                        :
                    Defendants.         :
                                        :
------------------------------------------------------------x

        The pretrial conference presently scheduled for August 08, 2008 is adjourned to September 05, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 08, 2008
SO ORDERED:

                                        _____
                                        Richard J. Holwell
                                        United States District Judge