```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

**BETTY BECKLES,**  :  08 Civ. 03687 (RJH)

                Plaintiff,  :

     -against-  :  **ORDER**

**CITY of NEW YORK, et al,**  :

                Defendants.  :

-------------------------------------------------------x

       The pretrial conference scheduled for September 05, 2008 is rescheduled to October 02, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 22, 2008
SO ORDERED:

                                                _____
                                                    Richard J. Holwell
                                               United States District Judge