UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                         :

BETTY  BECKLES,               :     08 Civ. 03687 (RJH)

           Plaintiff,        :

    -against-             :       **ORDER**

CITY of NEW  YORK         :

                         :

          Defendant.     :
----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/09
```

The pretrial conference presently scheduled for September 01, 2009 is adjourned

to September 15, 2009, at 10:00 a.m.,  in the courtroom of  the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 03, 2009
SO  ORDERED:

Richard  J. Holwell
United States District Judge